IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARCUS MEREDITH                                                        PLAINTIFF

V.                          Case No. 3:25-cv-00151-BBM

FRANK BISIGNANO, Commissioner,                              DEFENDANT
Social Security Administration

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered for Plaintiff Marcus Meredith, reversing the Commissioner's decision and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

DATED this 11th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE