IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARCUS MEREDITH PLAINTIFF

V. Case No. 3:25-cv-00151-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration DEFENDANT

**ORDER**

On June 12, 2026, this Court entered Judgment for Plaintiff Marcus Meredith after granting the Commissioner's unopposed motion to reverse his decision and remand this case to the Social Security Administration for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Docs. 18–19). As a "prevailing party," (Doc. 23 at 3), Meredith filed on August 11, 2026, a Motion for an Award of Attorney's Fees and Other Expenses Under the Provisions of the Equal Access to Justice Act, (Doc. 22), and a supporting Memorandum. (Doc. 23). Meredith asks the Court to approve an award to him of $4,438.10 in attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. 22 at 1; Doc. 23 at 1; Doc. 23-1 at 17). On August 12, 2026, the Commissioner filed a Response, stating that he "has no objection to this Court entering an order specifically awarding EAJA fees in the amount of $4,438.10." (Doc. 24 at 1).

After reviewing the record, the Court finds that Meredith's unopposed request for EAJA fees and expenses is reasonable and, therefore, the Motion is GRANTED. Although Meredith is entitled to attorney's fees and expenses in the amount of $4,438.10, and that award is payable to Meredith, the award is also subject to offset to satisfy any pre-existing

debt that Meredith may owe to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 593–98 (2010).

SO ORDERED this 14th day of August, 2026.

Benecia Moore
UNITED STATES MAGISTRATE JUDGE